**Order filed November 27, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00459-CV
_____

### IN THE INTEREST OF S.G. AND A.G., CHILDREN

**On Appeal from the 247th District Court
Harris County, Texas
Trial Court Cause No. 2008-53787**

## O R D E R

Appellant's brief was due November 16, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 4, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM